# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Azrack, Joan M. | 2. Court or Organization<br><br>US District Court East Dist NY | 3. Date of Report<br><br>06/18/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge-full time | 5a. Report Type (check appropriate type)<br>☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

United States Courthouse
225 Cadman Plaza East Room 333
Brooklyn, NY 11201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | 2013 Salary and bonus from Landman Corsi Ballaine & Ford PC |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Azrack, Joan M. | 06/18/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Azrack, Joan M. | 06/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank NA Personal Banking New York, NY (see VIII) | A | Interest | M | T | | | | | |
| 2. Citibank NA Personal Banking, New York, NY (see VIII) | A | Interest | K | T | | | | | |
| 3. Advantage Bank Deposits (IRA) | A | Interest | K | T | | | | | |
| 4. Western Asset Citi Liquid Reserves | A | Dividend | | | Closed | 09/13/13 | J | A | |
| 5. Western Asset Citi New York Tax Free Reserves | A | Interest | | | Closed | 09/13/13 | L | A | |
| 6. SSGA Prime Money Market (IRA) (see VIII) | A | Distribution | K | T | | | | | |
| 7. Fid VIP Equity Incm Port Nationwide Ann Contract (see VIII) | | None | L | T | | | | | |
| 8. Fid VIP Growth Port Nationwide Annuity Contract (see VIII) | | None | K | T | | | | | |
| 9. Fid VIP Overseas Port Nationwide Annuity Contract (see VIII) | | None | K | T | | | | | |
| 10. Fid VIP2 Asset Mgr Port Nationwide Ann Contract (see VIII) | | None | L | T | | | | | |
| 11. Pimco Low Duration Fund Intl (IRA) (seeeVIII) | B | Distribution | M | T | | | | | |
| 12. Pimco Total Ret Fund (IRA)(see VIII) | A | Distribution | K | T | | | | | |
| 13. Opp Global Sec Fnd/Va Nationwide Ann Contract (see VIII) | | None | K | T | | | | | |
| 14. Fidelity Blue Chip Fund - Fidelity 401(k) (see VIII) | | None | L | T | | | | | |
| 15. Fidelity Diversified Intl - 401(k) (see VIII) | | None | L | T | | | | | |
| 16. Fidelity Freedom 2020 Fund - 401 (k) (see VIII_ | | None | K | T | | | | | |
| 17. Fidelity Contrafund - 401(k) (see VIII) | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Azrack, Joan M. | 06/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Grow & Inc - 401(k) (see VIII) | | None | M | T | | | | | |
| 19. Fidelity Value Fund - 401 (k) (see VIII) | | None | K | T | | | | | |
| 20. Fidelity Retire Mmkt - 401(k) (see VIII) | | None | L | T | | | | | |
| 21. JP Morgan Growth & Income "A" shares | A | Dividend | J | T | | | | | |
| 22. JP Morgan Intl Opps Fund "A" shares | A | Dividend | J | T | | | | | |
| 23. Walt Disney Co | A | Dividend | J | T | | | | | |
| 24. Alliance NY Muni Income Fund | C | Interest | L | T | | | | | |
| 25. NVIT Money Market I Nationwide Annuity Contract (see VIII) | | None | K | T | | | | | |
| 26. Adv Municipal Liq Fd [Adv NY T/E Liquidity Fund] (seeVIII) | A | Dividend | J | T | | | | | |
| 27. (Fidelity) Am Cent Equity Inc - 401(k) (see VIII) | | None | K | T | | | | | |
| 28. Eaton Vance Insured NY Municipal Bond Fd | C | Interest | L | T | | | | | |
| 29. Kinetics Paradigm Adv Cl C | A | Dividend | L | T | | | | | |
| 30. Eaton Vance Tax-Managed Buy writ Fund (see VIII) | | | | | | | | | |
| 31. Kinetics Paradigm Adv Cl C (IRA) | A | Dividend | K | T | | | | | |
| 32. ING Global Equity Dividend & Premium Oppty Fund (IRA) | A | Dividend | K | T | | | | | |
| 33. Fidelity Investment Gr Bond Fd (401k) (see VIII) | | None | M | T | | | | | |
| 34. New York 529 Coll Saving Pgrm Grth Portfolio (see VIII) | | None | J | T | Buy (add'l) | 12/31/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Azrack, Joan M. | 06/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  New York 529 Coll Saving Pgrm Infl Prtct Sec Port (see VIII) | | None | J | T | | | | | |
| 36.  New York 529 Coll Saving Pgrm Aggr Growth Port (see VIII) | | None | J | T | Buy (add'l) | 12/31/13 | J | | |
| 37.  New York 529 Coll Saving Pgrm Growth Port (see VIII) | | None | J | T | Buy (add'l) | 12/31/13 | J | | |
| 38.  New York 529 Coll Saving Pgrm Small Cap Port (see VIII) | | None | J | T | Buy (add'l) | 12/31/13 | J | | |
| 39.  New York 529 Coll Saving Pgrm Conserv Growth Port (see VIII) | | None | J | T | | | | | |
| 40.  Vanguard High Yield Admin (IRA)(see VIII) | B | Distribution | K | T | | | | | |
| 41.  Kinetics Paradigm Adv C (IRA) | A | Dividend | J | T | | | | | |
| 42.  Vanguard Short Term Invt Grade Adm (IRA)(see VIII) | B | Distribution | M | T | | | | | |
| 43.  Northwestern Mutual Life whole policy | B | Dividend | L | T | | | | | |
| 44.  Advantage Offshore Liquidity Fund (IRA) | A | Dividend | J | T | | | | | |
| 45.  First Tr Strategic High Income Fd (IRA) | A | Dividend | J | T | | | | | |
| 46.  Vanguard Intm Term Invt Grade Adm (IRA) (see VIII) | B | Distribution | K | T | | | | | |
| 47.  Fidelity Freedom 2010 Fund (401k) (see item 64 and VIII | | None | K | T | | | | | |
| 48.  GRTMR NVIT INTL EQ 3 Nationwide Ann. Contract (see VIII) | | None | J | T | | | | | |
| 49.  NVIT Mult-Mgr Intl Gr 3 Nationwide Ann. Contract (see VIII) | | None | J | T | | | | | |
| 50.  JP Morgan 3150/Mid Cap Growth - A | A | Dividend | J | T | | | | | |
| 51.  OPP NVIT LGCAP GR1 Nationwide Ann. Contract (see VIII) | | None | L | T | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Azrack, Joan M. | 06/18/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Invesco Tr Inv Grade NY Mun [NY Qual Mun Sec Com](see VIII) | A | Interest | K | T | | | | | |
| 53. Black Rock Flex Eq Div (IRA)[Mid Cap Val Eq C] (see VIII) | A | Dividend | J | T | | | | | |
| 54. Black RockFlex Eq Div (IRA)[Mid Cap Val Eq C](see VIII) | A | Dividend | K | T | | | | | |
| 55. Advantage Bank Deposits (IRA) | A | Interest | J | T | | | | | |
| 56. Columbia Midcap Value Fund (IRA)(see VIII) | A | Distribution | K | T | | | | | |
| 57. FMI L:arge Cap Fund (IRA)(see VIII) | A | Distribution | K | T | | | | | |
| 58. Jensen Quality Gr (IRA)(see VIII) | A | Distribution | K | T | | | | | |
| 59. Odyssey Growth (IRA)(see VIII) | A | Distribution | K | T | | | | | |
| 60. T Rowe Price Small Cap Stock Fund (IRA) (see VIII) | A | Distribution | K | T | | | | | |
| 61. Vanguard Extended Market Index (IRA)(see VIII) | A | Distribution | K | T | | | | | |
| 62. Vanguard 500 Index Fund (IRA)(see VIII) | B | Distribution | M | T | | | | | |
| 63. Harbor Intl Inv (IRA)(see VIII) | A | Distribution | K | T | | | | | |
| 64. Scout Intl (IRA)(see VIII) | A | Distribution | K | T | | | | | |
| 65. Vanguard Intl (IRA)(see VIII) | A | Distribution | K | T | | | | | |
| 66. Harbor Intl Inv (see VIII) | A | Distribution | K | T | | | | | |
| 67. Odyssey Growth (see VIII) | A | Distribution | K | T | | | | | |
| 68. Odyssey Agg Growth (see VIII) | A | Distribution | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | | | |
|---|---|---|---|
| Name of Person Reporting | | | Date of Report |
| Azrack, Joan M. | | | 06/18/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Vanguard Intl (see VIII) | A | Distribution | K | T | | | | | |
| 70. Vanguard Sig Ext Mkt (see VIII) | A | Distribution | K | T | | | | | |
| 71. Columbia Mid Cap (see VIII) | A | Distribution | K | T | | | | | |
| 72. FMI Large Cap (see VIII) | A | Distribution | J | T | | | | | |
| 73. Jensen Quality Gr (see VIII) | A | Distribution | J | T | | | | | |
| 74. Vanguard Sign Index 500 (see VIII) | A | Distribution | L | T | | | | | |
| 75. Pimco Low Dur (see VIII) | A | Distribution | K | T | | | | | |
| 76. Pimco Total Return (see VIII) | A | Distribution | J | T | | | | | |
| 77. Vanguard High Yield (see VIII) | A | Distribution | J | T | | | | | |
| 78. Vanguard Muni Intermed (see VIII) | A | Distribution | J | T | | | | | |
| 79. Vanguard Muni Limited (see VIII) | A | Distribution | K | T | | | | | |
| 80. SSGA Prime Money Market (see VIII) | A | Distribution | J | T | | | | | |
| 81. New York 529 College Savings Prgm MId-Cap Port (see VIII) | | None | J | T | Buy | 12/31/13 | J | | |
| 82. Am Bea Intl (IRA) (see VIII) | A | Distribution | J | T | Buy | 03/12/13 | J | | |
| 83. Van Gro Indx Sig (IRA) (see VIII) | A | Distribution | K | T | Buy | 03/12/13 | K | | |
| 84. TRP Eq Inc (IRA) (see VIII) | A | Distribution | L | T | Buy | 03/12/13 | L | | |
| 85. Van Gro Indx Sig (see VIII) | A | Distribution | K | T | Buy | 03/12/13 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Azrack, Joan M. | 06/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  TRP Eq Inc (see VIII) | A | Distribution | K | T | Buy | 03/12/13 | K | | |
| 87.  Citibank NA Personal Banking NY, NY (see VIII) | A | Interest | J | T | | | | | |
| 88.  Blackrock Muni Yield NY Qlty Fd Tax Free (see VIII) | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Transactions reported in Section VII Column D do not include securities automatically purchased during the year with dividend reinvestments.

Section VII, Items 1 and 2: Citibank NA Personal Banking Item 1 is a joint checking account with [redacted] which had balances that fluctuated between value codes J and M during 2012; funds were replenished and withdrawn according to liquidity needs. Item 2 is a separate individual checking account in which balances also fluctuated during 2012; but the balances never exceeded value code K.

Section VII, Items 6, 11, 12, 40, 42, 46, 56 through 65, and 82 through 84: these are investments held by the [redacted] in an IRA account managed by an investment advisor, which had the discretion to rebalance the relative percentage of each fund held in the portfolio during the course of the year by purchasing or selling a percentage of one or more of these identified funds, but all of the identified funds were held throughout the entire year.

Section VII, Items 7 through 10, 13, 25, 48, 49 and 51: as in prior years, during 2012 the [redacted] held investments in numerous funds available under a Nationwide variable annuity fund contract. There were no transfers between or withdrawals from those accounts during the reporting year. Also, based on a review of filing instructions, it appears these Nationwide variable annuity fund items should be treated as having no income during the reporting period; in prior years they were reported as having income with a minimum amount code ("A").

Section VII, Items 14 through 20, 27, 33 and 47: as in prior years, the [redacted] held investments in numerous funds available under his firm's 401 (k) plan and made additional 401k contributions to the plan in amounts which, in the aggregate, fell within value code K. Also, based on a review of filing instructions, it appears these 401(k) fund items should be treated as having no income during the reporting period; in prior years they were reported as having income with a minimum amount code ("A").

Section VII, Items 26 and 52: during the course of the year, the name of these funds was changed. The prior fund name, as reported last year, is indicated in brackets in column A..

Section VII, Item 30: the identified fund was inadvertently misreported last year. The entire amount in the fund was sold 5/17/2012 for value code J so there was no remaining balance at the end of 2012. The fund is listed in VII solely for informational purposes as there was no investment in this fund at any time during 2013.

Section VII, Items 34 through 39 and 81: during 2013, investments were held for each of [redacted] in New York 529 College Savings Program funds set up by [redacted]. During 2013, certain funds were distributed out of these funds to make qualified payments toward a [redacted] college expenses. The distributions aggregated a total that falls within value code. J. Also, based on a review of filing instructions, it appears these 529 plan fund Items should be treated as having no income during the reporting period; in prior years they were reported as having income with a minimum amount code ("A").

Section VII, Items 53 and 54: the name of thiese funds was changed so the prior fund name, as reported last year, is indicated in brackets in column A. Please note that it appears this name change actually occurred during 2012 and the name change should have been reported in the 2012 report.

Section VII, Items 66 through 80, 85 and 86: these are investments held by the [redacted] in an individual account managed by an investment advisor, which had the discretion to rebalance the relative percentage of each fund held in the portfolio during the course of the year by purchasing or selling a percentage of one or more of these identified funds, but all of the identified funds were held throughout the entire year.

Section VII, Item 87: this is a joint checking account maintained by [redacted] with one of [redacted] that was not reportable in prior years but may be reportable this year.

Section VII, Item 88: this fund was inadvertently not reported in prior years. The fund was purchased by [redacted] on 1/17/12 for gross value code K. Its gross value at year end 2012 was value code M and (as noted in VII) its gross value at the end of this reporting year (2013) is value code K. Income (dividends) for reporting year 2012 totaled value code C and dividends for this reporting year, as noted in VII, total value code C.

| Name of Person Reporting | Date of Report |
|---|---|
| Azrack, Joan M. | 06/18/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joan M. Azrack**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544